MAURICE H. SIMSON, Respondent, *v.* COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.

Submitted October 19, 1942; decided November 25, 1942.

*Charles J. Nehrbas* and *Henry C. Moses* for appellant.

*Harry J. Coman* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.